IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03305-CMA-KMT

VDARE FOUNDATION,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, and
JOHN SUTHERS,

    Defendants.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Adopting the Recommendation of United States Magistrate Judge Kathleen M. Tafoya (Doc. # 42), entered by Judge Christine M. Arguello on March 27, 2020, it is

    ORDERED that VDARE's Objection (Doc. # 36) to the Recommendation is OVERRULED.   It is

    FURTHER ORDERED that The Recommendation of Magistrate Judge Kathleen M. Tafoya (Doc. # 35) is ADOPTED as an ORDER of this Court.   It is

    FURTHER ORDERED that Defendants Mayor John Suthers and the City of Colorado Springs' Motion to Dismiss First Amended Complaint (Doc. # 24) is GRANTED IN PART.   It is

FURTHER ORDERED that VDARE's First Amendment, Retaliation, and Equal Protection Clause Claims are DISMISSED WITH PREJUDICE.   It is

FURTHER ORDERED that VDARE's tortious interference claim is DISMISSED WITHOUT PREJUDICE.   It is

FURTHER ORDERED that VDARE's Unopposed Motion for Enlargement of Time to File Reply in Support of Plaintiff's Objection to Magistrate Recommendations (Doc. # 40) is DENIED AS MOOT.   It is

FURTHER ORDERED that VDARE's *Post Factum* Motion to Exceed Page Limitation (Doc. # 41) is DENIED AS MOOT.   It is

FURTHER ORDER that judgment is entered in favor of Defendants City of Colorado Springs and John Suthers and against Plaintiff VDARE Foundation.

Dated:   March 30, 2020.

> FOR THE COURT:
> JEFFREY P. COLWELL, CLERK
>
> By:   s/ S. West
>        S. West, Deputy Clerk